June 12, 1916.    Petition for a writ of certiorari to the United States Circuit Coure of Appeals for the Eighth Circuit denied.    *Mr. Edward A. Haid, Mr. A. L. Burford* and *Mr. W. T. Wooldridge* for the petitioner.    *Mr. George B. Rose, Mr. W. E. Hemingway, Mr. J. F. Loughborough* and *Mr. V. M. Miles* for the respondents.

---

No. 1027.    MALDONADO & COMPANY, PETITIONER, *v.* NEW YORK & CUBA MAIL STEAMSHIP COMPANY.    June 12, 1916.    Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.    *Mr. Daniel P. Hays* for the petitioner.    *Mr. Norman B. Beecher* and *Mr. Roscoe H. Hupper* for the respondent.

---

No. 1028.    J. BACON & SONS, PETITIONER, *v.* ROBERT C. KINKEAD.    June 12, 1916.    Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied.    *Mr. William Marshall Bullitt* for the petitioner.    *Mr. H. H. Nettelroth* for the respondent.

---

No. 1036.    MONTGOMERY WARD & COMPANY (INC.), PETITIONER, *v.* IOWA WASHING MACHINE COMPANY.    June 12, 1916.    Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.    *Mr. Taylor E. Brown* and *Mr. Clarence E. Mehlhope* for the petitioner.    *Mr. Robert H. Parkinson* and *Mr. Wallace R. Lane* for the respondent.

---

No. 1039.    WESTINGHOUSE ELECTRIC & MANUFACTURING COMPANY ET AL., PETITIONERS, *v.* IDAHO-OREGON

LIGHT & POWER COMPANY ET AL. June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles E. Rushmore* and *Mr. Wilton J. Lambert* for the petitioners. *Mr. James H. Richards* and *Mr. Oliver O. Haga* for the respondents.

---

No. 1040. GRAND TRUNK RAILWAY COMPANY, PETITIONER, *v.* THE UNITED STATES. June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. G. W. Kretzinger, Jr.,* for the petitioner. No brief filed for respondent.

---

No. 1042. WILLIAM E. D. STOKES ET AL., PETITIONERS, *v.* HOWARD H. WILLIAMS ET AL. June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Charles L. Craig* for the petitioners. *Mr. Albert C. Wall, Mr. Howard H. Williams* and *Mr. George C. Kobbe* for the respondents.

---

No. 1045. TRUSSED CONCRETE STEEL COMPANY, PETITIONER, *v.* CORRUGATED BAR COMPANY. June 12, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Fred L. Chappell* and *Mr. William S. Hodges* for the petitioner. *Mr. James A. Carr* for the respondent.

---

No. 1050. THE L. P. & J. A. SMITH COMPANY, PETITIONER, *v.* CALUMET TRANSIT COMPANY, ETC. June 12, 1916. Petition for a writ of certiorari to the United States